**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA**

EDILSAR VINICIO BARRIOS,           )
                                   )
    Petitioner,                )
                                   )
v.                                 )           Case No. CIV-26-1076-D
                                   )
MARKWAYNE MULLIN, et al.,          )
                                   )
    Respondents.               )

## ORDER

On May 26, 2026, Respondents notified the Court that Petitioner was removed from the United States to Guatemala on May 22, 2026 [Doc. No. 6]. To the extent Petitioner wishes to respond to the Notice of Release [Doc. No. 6], Petitioner shall file a response no later than June 5, 2026.

**IT IS SO ORDERED** this 29th day of May, 2026.

 

_____
TIMOTHY D. DeGIUSTI
UNITED STATES DISTRICT JUDGE